IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   vs.                       : CRIMINAL NO: CR-1-00-48
                              : JUDGE BECKWITH

**LORI VOSBERG,**

      **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                                     Respectfully submitted,

                                                     GREGORY G. LOCKHART
                                                     United States Attorney

                                                     s/Deborah F. Sanders
                                                     DEBORAH F. SANDERS (0043575)
                                                     Assistant United States Attorney
                                                     Southern District of Ohio
                                                     303 Marconi Boulevard, Suite 200
                                                     Columbus, Ohio 43215-2401
                                                     (614) 469-5715

## **CERTIFICATE OF SERVICE**

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 7th day of April, 2006 to:

Lori Vosberg
323 North E Street
Hamilton, OH  45013

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney